Official Form 1 (10/05)

| US BANKRUPTCY COURT - – DISTRICT OF *FLORIDA* | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle) *DeJOY, Louis A.* | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names) |
|---|---|

| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all) *2317* | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all) |
|---|---|

| Street Address of Debtor (No. & Street, City, and State) *241 SW 34 ST* *CAPE CORAL, FL 33914*                                   ZIPCODE | Street Address of Joint Debtor (No. & Street, City, and State)                                   ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business *LEE* | County of Residence or of the Principal Place of Business |
|---|---|

| Mailing Address of Debtor (if different from street address)                                   ZIPCODE | Mailing Address of Joint Debtor (if different from street address)                                   ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above)                                                               ZIPCODE |
|---|

**Type of Debtor (Form of Organization)** (Check one box)
- [X] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business** (Check all applicable boxes)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 13
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [X] Consumer / Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [X] Filing Fee waiver requested (applicable to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million

**Statistical / Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors
- [X] Debtor estimates that after any exempt property is excluded and administrative expenses are paid there will be no funds available for distribution to unsecured creditors

THIS SPACE FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

electronic form
WWW.LawCA.com
Law Publishers

Official Form 1 (10/05)                                                                                                    FORM B1 Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor (s)<br>DE JOY, LOUIS A. |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed | Case Number | Date Filed |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor | Case Number | Date Filed |
| District | Relationship | Judge |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 )<br><br>☐ Exhibit A is attached and made part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts )<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter  I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** | **Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition<br><br>☒ No | ☒ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances  (Must attach certification describing ) |

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|
| **Venue** (Check any applicable box) |
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence  (If box checked, complete the following )<br><br>Name and address of landlord or lessor that obtained judgment |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition |

elect onic form
WWW LawCA com
Law Publishers

Official Form 1 (10/05)                                                                                                    FORM B1 Page 3

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s)**<br>DE JOY, Louis A. |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter and choose to proceed under chapter 7
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X  _Louis DeJoy_
   Signature of Debtor

   _(239) 541-1228_
   Telephone Number (if not represented by attorney)

   _9-25-2006_
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition

(Check only one box)

☐  I request relief in accordance with chapter 15 of title 11 United States Code  Certified copies of the documents required by § 1515 of title 11 are attached

☐  Pursuant to § 1511 of title 11 United States Code I request relief in accordance with the chapter of title 11 specified in this petition  A certified copy of the order granting recognition of the foreign main proceeding is attached

X  _____
   Signature of Foreign Representative

   _____
   Printed Name of Foreign Representative

   _____
   Date

### Signature of Attorney

X  _____
   Signature of Attorney for Debtor(s)

   _____
   Printed Name of Attorney for Debtor(s)

   _____
   Firm Name

   _____
   Address

   _____
   Telephone Number

   _____
   Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that  1) I am a bankruptcy petition preparer as defined in 11 U S C  § 110, 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C  §§ 110(b), 110(h), and 342(b), and 3) if rules or guidelines have been promulgated pursuant to 11 U S C  § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section  Official Form 19B is attached

   _____
   Printed Name and title  if any  of Bankruptcy Petition Preparer

   _____
   Social Security number (If the bankruptcy petition preparer is not an individual state the Social Security number of the officer  principal  responsible person or partner of the bankruptcy petition preparer) (Required by 11 U S C  § 110 )

   _____
   Address

X  _____
   Signature of Bankruptcy Petition Preparer or officer  principal, responsible person  or partner whose Social Security number is provided above

   Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

   If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

   *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both under 11 U S C  § 110, 18 U S C  § 156*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X  _____
   Signature of Authorized Individual

   _____
   Printed Name of Authorized Individual

   _____
   Title of Authorized Individual

   _____
   Date

electronic form<br>WWW LawCA com<br>Law Publishers

Form 19. Certification and Signature of Non-Attorney Bankruptcy Petition Preparer

# UNITED STATES BANKRUPTCY COURT
## _MIDDLE_ District of _FLORIDA_

| In re _DE JOY ; LOUIS A._ | Case No |
|---|---|
| Debtor | Chapter _7_ |

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
## BANKRUPTCY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this

document for compensation, and that I have provided the debtor with a copy of this document

_LOUIS DE JOY_
Printed or Typed Name of Bankruptcy Petition Preparer
_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_
Social Security No
_241 SW 39 ST_
_CAPE CORAL, FL. 33914_
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this
document

If more than one person prepared this document, attach additional signed sheets conforming to the
appropriate Official Form for each person

X _____         _9-28-06_
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may
result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

**Form 202 (08/06)**

# United States Bankruptcy Court

_MIDDLE_ _____  **District of** _FLORIDA_ _____

In re _De Joy, Louis A._    Case Number _____
Chapter _1_ _____

# STATEMENT OF MILITARY SERVICE

The Servicemembers' Civil Relief Act of 2003, Pub L. No. 108-189, provides for the temporary suspension of certain judicial proceedings or transactions that may adversely affect military servicemembers, their dependents, and others. Parties to a bankruptcy case who might be eligible for relief under the act should complete this form and file it with the Bankruptcy Court.

## IDENTIFICATION OF SERVICEMEMBER
- ☒ Self (Debtor, Codebtor, Creditor, Other)
- ❏ Non-Filing Spouse of Debtor (name)_____
- ❏ Other    (Name of servicemember)_____
  (Relationship of filer to servicemember)_____
  (Type of liability) _____

## TYPE OF MILITARY SERVICE
U.S. Armed Forces (Army, Navy, Air Force, Marine Corps, or Coast Guard) or commissioned officer of the Public Health Service or the National Oceanic and Atmospheric Administration (specify type of service) _USAF_
- ☒ Active Service since    _JAN-1953 ~ FEB-1973_ (date)
- ❏ Inductee - ordered to report on _____ (date)
- ❏ Retired / Discharged _____ (date)

U.S. Military Reserves and National Guard
- ❏ Active Service since    _____ (date)
- ❏ Impending Active Service -orders postmarked _____ (date)
  Ordered to report on _____ (date)
- ❏ Retired /Discharged _____ (date)

U.S. Citizen Serving with U.S. ally in war or military action (specify ally and war or action)
- ❏ Active Service since    _____ (date)
- ❏ Retired/Discharged _____ (date)

## DEPLOYMENT
- ☒ Servicemember deployed overseas on _DEC 1954    JUNE-1956_ (date)
  Anticipated completion of overseas tour-of-duty _____ (date)

## SIGNATURE

_Louis DeJoy_

Date _9-28-2006_

_This statement is for information use only. Filing this statement with the Bankruptcy Court does not constitute an application for or invoke the benefits and relief available under the Servicemembers' Civil Relief Act of 2003_

Form 6-Summary
(10/05)

# United States Bankruptcy Court

_MIDDLE_ District Of _FLORIDA_

In re _DE JOY, LOUIS A._ ,
                    Debtor

Case No _____

Chapter _7_

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each   Report the totals from Schedules A, B  D, E  F, I
and J in the boxes provided   Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts of all
claims from Schedules D, E, and F to determine the total amount of the debtor s liabilities  Individual debtors must also complete the "Statistical
Summary of Certain Liabilities "

|  |  |  | AMOUNTS SCHEDULED | | |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 19052 00 |  |  |
| B - Personal Property | YES | 3 | $ 710 00 |  |  |
| C - Property Claimed as Exempt | YES | 1 |  |  |  |
| D - Creditors Holding Secured Claims | YES | 2 |  | $ 237516 00 |  |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 |  | $ 0 |  |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 |  | $ 22830 42 |  |
| G - Executory Contracts and Unexpired Leases | YES | 1 |  |  |  |
| H - Codebtors | YES | 1 |  |  |  |
| I - Current Income of Individual Debtor(s) | YES | 1 |  |  | $ 3225 00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 |  |  | $ 4249 00 |
| TOTAL |  |  | $ 19762 00 | $ 260,346 42 |  |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court

_MIDDLE_ District Of _FLORIDA_

In re _DEITOV, LOUIS A._                    Case No _____
                Debtor                       Chapter _7_ _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

Official Form 6-Summ2 (10/05)                US BANKRUPTCY COURT - DISTRICT OF

Debtor(s)    DE JOY, Lewis A.                Case No
                                             (if known)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

Official Form B6A (10/05)

**US BANKRUPTCY COURT -** DISTRICT OF

Debtor(s)    DE JOY, LOUIS A.

Case No
(if known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, or COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| RESIDENCE 241 SW 39 ST CAPE CORAL, FL. 33914 | MORTGAGE HOLDER | J | $19,652.00 | 200,948.00 |

Total ➤ $ 19652.00

(Report also on Summary of Schedules)

Official Form B6B (10-05)

**US BANKRUPTCY COURT - DISTRICT OF**

Debtor(s) *De Joy ; Louis A.*

Case No
(if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None "  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property " In providing the information requested in this schedule, do not include the name or address of a minor child  Simply state "a minor child "

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, or COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ☒ | | | |
| 2 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ☐ | -CHECKING ACCOUNT- -POSTAL EMPLOYEES FEDERAL CREDIT UNION - BUSEY BANK | - H  - H | -0- $300⁰⁰ |
| 3 Security deposits with public utilities, telephone companies, landlords, and others. | ☒ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ☐ | | - H | -410⁰⁰ |
| 5. Books, pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ☒ | | | |
| 6. Wearing apparel. | ☐ | | - H | -0 |
| 7. Furs and jewelry. | ☐ | | - H | -0 |
| 8 Firearms and sports, photographic, and other hobby equipment. | ☒ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ☒ | | | |
| 10 Annuities. Itemize and name each issuer | ☒ | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C  § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)) | ☒ | | | |

Official Form B6B Cont'd (10/0)          **US BANKRUPTCY COURT - DISTRICT OF**

Debtor(s) DE JAY, LEWIS A.                    Case No
                                              (if known)

# SCHEDULE B  - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, or COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars | ☒ | | | |
| 13 Stock and interests in incorporated and unincorporated businesses Itemize. | ☒ | | | |
| 14 Interests in partnerships or joint ventures  Itemize. | ☒ | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments | ☒ | | | |
| 16 Accounts receivable. | ☒ | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | ☒ | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | ☒ | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property | ☒ | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ☒ | | | |
| 21 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | ☒ | | | |

Official Form B6B Cont'd (10/)    US BANKRUPTCY COURT - DISTRICT OF

Debtor(s)    DEVEY, LOUIS A    Case No
(if known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, or COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars | ☒ | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | ☒ | | | |
| 24 Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes | ☒ | | | |
| 25 Automobiles, trucks, trailers, and other vehicles and accessories. | | []- 2004 NISSAN 241 SW 29 ST. CAPE CORAL, FL 33914 | -H | -C |
| 26. Boats, motors, and accessories. | ☒ | | | |
| 27 Aircraft and accessories. | ☒ | | | |
| 28. Office equipment, furnishings, and supplies | ☒ | | | |
| 29 Machinery, fixtures, equipment, and supplies used in business. | ☒ | | | |
| 30. Inventory | ☒ | | | |
| 31. Animals. | ☒ | | | |
| 32. Crops - growing or harvested. Give particulars | ☒ | | | |
| 33. Farming equipment and implements. | ☒ | | | |
| 34. Farm supplies, chemicals, and feed | ☒ | | | |
| 35. Other personal property of any kind not already listed. Itemize. | ☒ | | | |

_____ continuation sheets attached    Total ➤ $ 710-

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Form B6C
(10/05)

In re  De Joy, Louis A                    ,    Case No _____
                    **Debtor**                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $125,000
☐ 11 U S C § 522(b)(2)
☒ 11 U S C § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| RESIDENCE 241 SW 39 ST CAPE CORAL, FL 33914 | HOMESTEAD 65 YRS OR OLDER DISABILITY VETERANS DISABILITY SECT 196.081, F.S. | 25,000 00 25,000 00 500 00 5,000 00 | 201,098 00 |

Form B6D (10/05)

US BANKRUPTCY COURT - DISTRICT OF F

Debtor(s)  De Jay, Louis A.

Case No
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests

List creditors in alphabetical order to the extent practicable  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name  See 11 U S C § 112, Fed R Bankr P 1007(m)  If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled 'Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent "  If the claim is unliquidated, place an "X" in the column labeled 'Unliquidated "  If the claim is disputed, place an "X" in the column labeled "Disputed "  (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO 010224035 COUNTRY WIDE HOME LOANS 450 AMERICAN ST SIMI VALLEY, CA 93065 | ☐ | | 3/8/05 MORTGAGE HOME VALUE $ 201,098 00 | ☐ | ☐ | ☐ | 201,098 00 | |
| ACCOUNT NO 2807A LEE COUNTY POSTAL EMPLOYEES CREDIT UNION PO BOX 385 FT. MYERS, FL 33902 | ☐ | | 1/7/04 AUTO LOAN NISSAN ALTIMA VALUE $ 13,836 00 | ☐ | ☐ | ☐ | 13,836 00 | |
| ACCOUNT NO 412L266 SUNCOAST SCHOOLS FEDERAL CREDIT UNION 6801 HILLSBOROUGH AVE PO BOX 11904 TAMPA, FL 33690 | ☐ | | 8/1/04 AUTO LOAN LINCOLN LS VALUE $ 22,582 00 | ☐ | ☐ | ☐ | 22,582 00 | |

___ continuation sheets attached

Subtotal ➤
(Total of this page)    $ 237,516 00

Total ➤    $
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6D - Cont'd (10/05)                    US BANKRUPTCY COURT - DISTRICT OF

Debtor(s) *DeJoy; Louis A*                                    Case No
                                                             (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above) | C O D E B T O R | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ | | | | | |

Sheet no _____ of _____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal ➤ $ _____
(Total of this page)

Total ➤ $ *231,516.00* (Report total also on Summary of Schedules)
(Use only on last page)

Form B6E (10 05)

**US BANKRUPTCY COURT - DISTRICT OF**

Debtor(s)    DE JOY, LOUIS A.

Case No
(if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided   Only holders of *unsecured claims entitled to priority should be listed in this schedule*  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition  Use a separate continuation sheet for each type of priority and label each with the type of priority

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name  See 11 U S C § 112, Fed R Bankr P  1007(m)

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors  If a joint petition  is filed, state whether husband, wife, *both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "*  If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated "  If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  If applicable, also report this total on the Means Test form

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U S C § 507(a)(1)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C § 507(a)(3)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C § 507(a)(4)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C § 507(a)(5)

Form B6F Cont'd (10/05)                    US BANKRUPTCY COURT - DISTRICT OF

Debtor(s)   DE Joy ; Lewis A.                    Case No
                                                 (if known)


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U S C §
507(a)(6)


☐ **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or
household use, that were not delivered or provided   11 U S C § 507(a)(7)


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C § 507(a)(8)


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of
Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution   11
U S C § 507 (a)(9)


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using
alcohol, a drug, or another substance   11 U S C § 507(a)(10)


* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of
adjustment


_____ continuation sheets attached

Form B6E Cont'd (10/05)

**US BANKRUPTCY COURT -** DISTRICT OF

Debtor(s) *DE JOY ; LOUIS A.*

Case No
(if known)

## SCHEDULE E  -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

*Type of Priority*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above) | C O D E B T O R | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | | |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | | |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | | |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | | |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | | |

Sheet no _____ of _____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal ➤  $ _____     $ _____
(Total of this page)

Total ➤  $ _____     $ _____
(Use only on last page of the completed Schedule E)
(Report total also on Summary of Schedules)

Form B6F  (10/05)                    **US BANKRUPTCY COURT** - DISTRICT OF

Debtor(s)    *De Joy, Louis A.*                    Case No
                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name  See 11 U S C § 112, Fed R Bankr P  1007(m)  Do not include claims listed in Schedules D and E  If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent "  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated "  If the claim is disputed, place an "X" in the column labeled "Disputed "  (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO *31171017 53* <br> *BENEFICIAL/HFC* <br> *P.O. Box 1547* <br> *CHESAPEAKE, VA 23327* | ☐ | | *3/8/05* <br> *LOAN* | ☐ | ☐ | ☐ | *$3466.00* |
| ACCOUNT NO *529115172516* <br> *CAPITOL ONE* <br> *1013 W. BROAD ST* <br> *GLEN ALLEN, VA 23058* | ☐ | | *3/10a* <br> *CREDIT CARD* | ☐ | ☐ | ☐ | *$5409.00* |
| ACCOUNT NO *5SC001862* <br> *CAPITOL ONE* <br> *CIRCUIT COURT LEE CO* <br> *1700 MONROE ST* <br> *FT MYERS, FL 33901* | ☐ | | *5/23/06* <br> *JUDGMENT* | ☐ | ☐ | ☐ | *$3500.00* |
| ACCOUNT NO *1939296* <br> *GULF COAST CONNECTION* <br> *FOR* <br> *BONITA BAY SURGERY CTR* | ☐ | | *12/10 5* <br> *SURGERY* | ☐ | ☐ | ☐ | *$532.00* |

_____ continuation sheets attached

Subtotal ► $ *13,427.00*
(Total of this page)

Total ►
(Use only on last page of completed Schedule F)    $
(Report total also on Summary of Schedules)

Form B6F - Cont'd (10/05)                    **US BANKRUPTCY COURT** - DISTRICT OF

Debtor(s)   DE JOY, LOUIS A.                    Case No
                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 398/38/520160432 <br> NAF COLLECTIONS <br> FOR <br> CITY OF TALLAHASSEE <br> UTILITIES | ☐ | | 2/24/05 <br> UTILITY BILL | ☐ | ☐ | ☐ | $291.00 |
| ACCOUNT NO 34530600149597 <br> NAF COLLECTIONS <br> 134 S. TAMPA ST. <br> P.O. BOX 2842 <br> TAMPA, FL. 33602 | ☐ | | 2/1/05 <br> MEDICAL BILL | ☐ | ☐ | ☐ | $135.00 |
| ACCOUNT NO <br> MCCABE, SMITH, REYNOLDS <br> 1701 E. ATLANTIC BLVD <br> POMPANO BEACH, FL 33060 | ☐ | | 6/30/05 <br> INS. ACCOUNT BALANCE | ☐ | ☐ | ☐ | $-155.00 |
| ACCOUNT NO 8381480022159152 <br> TIME WARNER CABLE <br> 1418 SE 10 ST. <br> CAPE CORAL, FL 33990 | ☐ | | ?/05 <br> CABLE SERVICE | ☐ | ☐ | ☐ | $543.42 |
| ACCOUNT NO 4120266 <br> SUNCOAST SCHOOLS F.C.U. | ☐ | | 3/1/05 <br> ACCOUNT NEG. BAL | ☐ | ☐ | ☐ | $6,547.00 |
| ACCOUNT NO 4120266 <br> SUNCOAST SCHOOLS FCU. | ☐ | | ?/1/04 <br> LINE OF CREDIT | ☐ | ☐ | ☐ | $1,132.00 |

Sheet no _____ of _____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal ► $  7403.42
(Total of this page)

Total ► $  ??,?90.42
(Use only on last page of completed Schedule F)
(Report total also on Summary of Schedules)

Form B6G (10/05)

**US BANKRUPTCY COURT** - DISTRICT OF

Debtor(s)   Da Joy, Louis A.

Case No
(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property   Include any timeshare interests   State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc   State whether debtor is the lessor or lessee of a lease   Provide the names and complete mailing addresses of all other parties to each lease or contract described   If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name   See 11 U S C § 112, Fed R Bankr P 1007(m)

[X] Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST   STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY   STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|

Form B6H (10/05)

**US BANKRUPTCY COURT - DISTRICT OF**

Debtor(s) De Joy ; Louis A.

Case No
(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors  Include all guarantors and co-signers  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name  See 11 U S C  § 112, Fed  Bankr  P  1007(m)

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LOUIS ADAM DE JOY<br>241 SW 39 STREET<br>CAPE CORAL, Fl. 33914 | SUNCOAST SCHOOLS FED. CREDIT UNION<br>6801 HILLSBOROUGH AV.<br>PO BOX 11901<br>TAMPA, Fl. 33680 |

Form B6I
(10/05)

In re _DE JOY ; LOUIS_ ,            Case No._____
　　　　**Debtor/**　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| _MARIED_ | RELATIONSHIP _2 SONS_ | | AGE _19 & 21_ |
| **Employment.** Occupation | DEBTOR _US MIL-VETERAN-RETIRED_ | SPOUSE | |
| Name of Employer | _USAF_ | | |
| How long employed | _20 YRS ✓_ | | |
| Address of Employer | _USA_ | | |
| | | | |

INCOME  (Estimate of average monthly income)　　　　　　DEBTOR　　　　　SPOUSE

| | | |
|---|---|---|
| 1  Current monthly gross wages, salary, and commissions (Prorate if not paid monthly ) | $_____ | $_____ |
| 2  Estimate monthly overtime | $_____ | $_____ |

| | | |
|---|---|---|
| 3  SUBTOTAL | $_____ | $_____ |

4  LESS PAYROLL DEDUCTIONS

| | | |
|---|---|---|
| a  Payroll taxes and social security | $_____ | $_____ |
| b  Insurance | $_____ | $_____ |
| c  Union dues | $_____ | $_____ |
| d  Other (Specify) _____ | $_____ | $_____ |

| | | |
|---|---|---|
| 5  SUBTOTAL OF PAYROLL DEDUCTIONS | $_____ | $_____ |

| | | |
|---|---|---|
| 6  TOTAL NET MONTHLY TAKE HOME PAY | $_____ | $_____ |

| | | |
|---|---|---|
| 7  Regular income from operation of business or profession or farm (Attach detailed statement) | $_____ | $_____ |
| 8  Income from real property | $_____ | $_____ |
| 9  Interest and dividends | $_____ | $_____ |
| 10  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $_____ | $_____ |
| 11  Social security or government assistance (Specify) _____ | $_____ | $_____ |
| 12  Pension or retirement income | $ _700.00_ | $_____ |
| 13  Other monthly income (Specify) _VA DISABILITY_ | $_2528.00_ | $_____ |

| | | |
|---|---|---|
| 14  SUBTOTAL OF LINES 7 THROUGH 13 | | |
| 15  TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $_3225.00_   $ | |

| | |
|---|---|
| 16  TOTAL COMBINED MONTHLY INCOME | $_3228.00_ |

(Report also on Summary of Schedules )

17  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document

_____

_____

Form B6J (10-05)

**US BANKRUPTCY COURT** - DISTRICT OF

Debtor(s)  DE JOY, LOUIS A.

Case No
(if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐ Check this box if a joint petition is filed and the debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse"

| | | |
|---|---|---|
| 1 Rent or home mortgage payment (include lot rented for mobile home) | | $ 1489.00 |
| a Are real estate taxes included? ☐ Yes ☒ No  b Is property insurance included? ☐ Yes ☒ No | | |
| 2 Utilities  a Electricity and heating fuel | | $ 250.00 |
| b Water and sewer | | $ 80.00 |
| c Telephone | | $ 90.00 |
| d Other | | $ 0 |
| 3 Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4 Food | | $ 600.00 |
| 5 Clothing | | $ 200.00 |
| 6 Laundry and dry cleaning | | $ 50.00 |
| 7 Medical and dental expenses | | $ 135.00 |
| 8 Transportation (not including car payments) | | $ 0 |
| 9 Recreation, clubs and entertainment, newspapers, magazines, etc | | $ 100.00 |
| 10 Charitable contributions | | $ 50.00 |
| 11 Insurance (not deducted from wages or included in home mortgage payments)  a Homeowner's or renter's | | $ 290.00 |
| b Life | | $ 0 |
| c Health | | $ 0 |
| d Auto | | $ 292.00 |
| e Other | | $ 0 |
| 12 Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0 |
| 13 Installment [payments (In Chapter 11, 12, and 13 cases, do not list payments to be included in the plan)  a Auto | | $ 408.00 |
| b Other  BENEFICIAL FINANCE | | $ 85.00 |
| c Other | | $ 0 |
| 14 Alimony, maintenance, and support paid to others | | $ 0 |
| 15 Payments for support of additional dependents not living at your home | | $ 0 |
| 16 Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0 |
| 17 Other | | $ 0 |
| 18 TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 4249.00 |

19 Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document

| | | |
|---|---|---|
| 20 STATEMENT OF MONTHLY NET INCOME | a Total monthly income from Line 16 of Schedule I | $ 3228.00 |
| | b Total monthly expenses from Line 18 above | $ 4249.00 |
| | c Monthly net income (a minus b) | $ (1021.00) |

Form B6-Dec1 (10/05)    US BANKRUPTCY COURT - DISTRICT OF

Debtor(s)    De Joy ; Louis A.    Case No
(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 11 _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.    *(Total shown on summary page plus 1)*

Date _9-28-06_____    /s/ _Louis DeJoy_____
Signature of Debtor

Date _____    /s/ _____
Signature of Joint Debtor, if any
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_Louis DeJoy_____    _OTH-26-2317_____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

/s/ _____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.    *(Total shown on summary page plus 1)*

Date _____    Signature /s/ _____

_____
[Print or type name of individual signing on behalf of debtor ]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]*

_____

*Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Official Form 7 (10 05)          US BANKRUPTCY COURT - DISTRICT OF

Debtor(s)  DE VOY ; LOUIS A.          Case No
                                       (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor   Spouses filing a joint petition may file a single statement on which the information for both spouses is combined   If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed   An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs   Do not include the name or address of a minor child in this statement   Indicate payments, transfers and the like to minor children by stating "a minor child "  See 11 U S C  § 112, Fed  R  Bankr  P  1007(m)

Questions 1 - 18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25  **If the answer to an applicable question is "None," mark the box labeled "None "**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

### DEFINITIONS

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed full-time or part-time  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment

*"Insider "* The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C  § 101

1.  **Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☒    business, including part-time activities either as an employee or in independent trade or business, from the beginning of this
      calendar year to the date this case was commenced  State also the gross amounts received during the **two years** immediately
      preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a
      calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year )  If a joint petition
      is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

AMOUNT                          SOURCE

electronic form
WWW LawCA com
Law Publishers

**2. Income other than from employment or operation of business**

None


State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

$ 2,500 ºº/MO

$ 700 ºº/MO

SOURCE

VA DISABILITY

Mil. RETIRED PAY

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None


a   *Individual or joint debtor(s) with primarily consumer debts*. List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☒

b   *Debtor whose debts are not primarily consumer debts*. List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☒

c   *All debtors*. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None   a   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐        filing of this bankruptcy case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either
         or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 55CC01862 | | CIRCUIT COURT LEE COUNTY 1700 MONROE ST. FT MYERS | JUDGMENT |

None   b   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☒        immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include
         information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

---

**5.   Repossessions, foreclosures and returns**

None        List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure
☐        or returned to the seller, within **one year** immediately preceding the commencement of this case  (Married debtors filing under
         chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is
         filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SUNCOAST SCHOOLS FEDERAL CREDIT UNION 6801 HILLSBOROUGH AVE. PO BOX 11904 TAMPA, FL 33650 | 8/104 | 2002 LINCOLN LS. # 22,582.00 |

**6.   Assignments and receiverships**

None   a   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☒        commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
         or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

None  b   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
   preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

---

### 7.  Gifts

None   List all gifts or chantable contributions made within **one year** immediately preceding the commencement of this case except
   ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
contributions aggregating less than $100 per recipient  (Married debtors filing under chapter 12 or chapter 13 must include gifts
or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

---

### 8.  Losses

None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case
   **or since the commencement of this case**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

---

### 9.  Payments related to debt counseling or bankruptcy

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year**
immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CONSUMER CREDIT COUNSELING SERVICE 3670 MAGUIRE BLVD. ORLANDO, FL, 32803 | 9/7/06 | $50.00 |

**10. Other transfers**

None ☒  a  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☒  b  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case  If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

**17. Environmental Information**

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None    a    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    b    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material  Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None    a    *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case

| NAME | LAST FOUR DIGITS OF SOC SEC NUM / COMPLETE EIN OR OTHER TAXPAYER I D  NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None    b    Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above within six years immediately preceding the commencement of this case   A debtor who has not been in business within those six years should go directly to the signature page )*

### 19. Books, records and financial statements

None   a   List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☒        supervised the keeping of books of account and records of the debtor

    NAME AND ADDRESS                          DATES SERVICES RENDERED

None   b   List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the
☒        books of account and records, or prepared a financial statement of the debtor

    NAME AND ADDRESS                          DATES SERVICES RENDERED

None   c   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and
☒        records of the debtor   If any of the books of account and records are not available, explain

    NAME                                     ADDRESS

None   d   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement
☒        was issued by the debtor within **two years** immediately preceding the commencement of this case

    NAME AND ADDRESS                          DATE ISSUED

---

### 20. Inventories

None   a   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each
☒        inventory, and the dollar amount and basis of each inventory


                                                             DOLLAR AMOUNT OF INVENTORY
    DATE OF INVENTORY        INVENTORY SUPERVISOR            (Specify cost, market or other basis)

None   b   List the name and address of the person having possession of the records of each of the inventories reported in a , above

⊠

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN
OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None   a   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

⊠

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None   b   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly
⊠   owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation

NAME AND ADDRESS          TITLE          NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None   a   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
⊠   commencement of this case

NAME          ADDRESS          DATE OF WITHDRAWAL

None   b   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
⊠   immediately preceding the commencement of this case

NAME AND ADDRESS          TITLE          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None 

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group**

None 

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds**

None 

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date _9 - 25 - 06_____     /s/ _____
                            Signature of Debtor

Date _____     /s/ _____
                                 Signature of Joint Debtor (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief

Date _____     /s/ _____

                                 _____
                                 Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]*

_____ continuation sheets attached

*Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 and 3571*

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that  (1)  I am a bankruptcy petition preparer as defined in 11 U S C § 110, (2)  I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C §§ 110(b), 110(h), and 342(b), and, (3)  if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section

_Louis De Joy_____     _074 - 96 - 2317_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No (Required by 11 U S C § 110)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document*

_____

_____
Address

/s/ _____     _9 - 25 - 06_____
Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  18 U.S.C  § 156.***

Official Form 8 (10 05)                    US BANKRUPTCY COURT -    DISTRICT OF

Debtor(s)   DE JOY, LOUIS A.                              Case No  (if known)

                                                          Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

[X] I have filed a schedule of assets and liabilities which includes debts secured by property of the estate

[ ] I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease

[ ] I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease

| Description of Secured Property | Creditor s Name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) |
|---|---|---|---|---|---|
| RESIDENCE | COUNTRYWIDE HOME LOANS | | | | ✓ |
| AUTO | POST OFFICE EMPLOYEES FEDERAL CREDIT UNION | | | | ✓ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U S C § 362(h)(1)(A) |
|---|---|---|
| | | |

/s/ _Louis DeJoy_   Date _9-28-06_          /s/ _____

Signature of Debtor    Date                 Signature of Joint Debtor (if any)    Date

------------------------------------------------------------------------

### DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that  (1) I am a bankruptcy petition preparer as defined in 11 U S C  § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C  §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C  § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section

_LOUIS DE JOY_                              _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_

Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No  (Required under 11 U S C  § 110 )

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document

_241 SW 39 ST, CAPE CORAL, 33914_

Address

/s/ _Louis DeJoy_                          _9-28-06_

Signature of Bankruptcy Petition Preparer    Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both   11 U S C  § 110, 18 U S C  § 156*

electronic form
WWW LawCA com
Law Publishers

Form B22A (Chapter 7) (10/05)

In re DE JOY LOUIS A
       (Debtor(s))

Case Number _____
       (If known)

| According to the calculations required by this statement: |
| --- |
| ☐ **The presumption arises.** |
| ☒ **The presumption does not arise.** |
| (Check the box as directed in Parts I, III, and VI of this statement ) |

# STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION
## FOR USE IN CHAPTER 7 ONLY

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly, whose debts are primarily consumer debts   Joint debtors may complete one statement only.

| Part I. EXCLUSION FOR DISABLED VETERANS |
| --- |

1 | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII  Do not complete any of the remaining parts of this statement

☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U S C  § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U S C  § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U S C  §901(1))

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
| --- |

**Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed

a ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**

b ☐ Married, not filing jointly, with declaration of separate households  By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**

c ☒ Married, not filing jointly, without the declaration of separate households set out in Line 2 b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**

d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**

| | All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing   If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line | | Column A Debtor's Income | Column B Spouse's Income |
| --- | --- | --- | --- | --- |
| 3 | Gross wages, salary, tips, bonuses, overtime, commissions | | $ | $ |
| 4 | Income from the operation of a business, profession or farm.  Subtract Line b from Line a and enter the difference on Line 4   Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | |
| | a | Gross receipts | $ | |
| | b | Ordinary and necessary business expenses | $ | |
| | c | Business income | Subtract Line b from Line a | $ | $ |
| 5 | Rent and other real property income.  Subtract Line b from Line a and enter the difference on Line 5   Do not enter a number less than zero  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | |
| | a | Gross receipts | $ | |
| | b | Ordinary and necessary operating expenses | $ | |
| | c | Rental income | Subtract Line b from Line a | $ | $ |
| 6 | Interest, dividends and royalties. | | $ | $ |
| 7 | Pension and retirement income | | $3225°° | $ |
| 8 | Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support   Do not include contributions from the debtor's spouse if Column B is completed. | | $32.25°° | $ |

Form B 22A (Chapter 7) (10/05)                                                           2

| 9 | Unemployment compensation. Enter the amount in Column A and, if applicable, Column B However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below.<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ _____  Spouse $ _____ | $ | $ |
|---|---|---|---|
| 10 | Income from all other sources. If necessary, list additional sources on a separate page **Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism  Specify source and amount<br><br>a _____  $ _____<br>b _____  $ _____<br>  Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B  Enter the total(s) | $ 3228 00 | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total  If Column B has not been completed, enter the amount from Line 11, Column A | $ 3228 00 | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ 38,736 00 |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court )<br><br>a  Enter debtor's state of residence  *FLORIDA*   b  Enter debtor's household size  *4* | $ 62269 00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed<br><br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2 c, enter the amount of the income listed in Line 11, Column B that was NOT regularly contributed to the household expenses of the debtor or the debtor's dependents  If you did not check box at Line 2 c, enter zero | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result | $ |

## Part V. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19 | **National Standards: food, clothing, household supplies, personal care, and miscellaneous.** Enter "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level   (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court ) | $ |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size | $ |

Form B22A (10/05)    US BANKRUPTCY COURT – DISTRICT OF                                    Page 3

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards, mortgage/rent expense for your county and family size (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42, subtract Line b from Line a and enter the result in Line 20B  **Do not enter an amount less than zero.** | | | |
|---|---|---|---|---|
| | a | IRS Housing and Utilities Standards, Mortgage/Rental Expense | $ | |
| | b | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c | Net mortgage/rental expense | Subtract Line b from Line a | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below<br><br> | $ |
|---|---|---|

| 22 | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation<br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8     ☐ 0     ☐ 1     ☐ 2 or more<br>Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court ) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership / lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense  (You may not claim an ownership/lease expense for more than two vehicles )     ☐ 1     ☐ 2 or more<br>Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, First Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court), enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42, subtract Line b from Line a and enter the result in Line 23  **Do not enter an amount less than zero.** | | | |
|---|---|---|---|---|
| | a | IRS Transportation Standards, Ownership Costs, First Car | $ | |
| | b | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ |

| 24 | **Local Standards: transportation ownership / lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23<br>Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, Second Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) or from the clerk of the bankruptcy court), enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42, subtract Line b from Line a and enter the result in Line 24  **Do not enter an amount less than zero.** | | | |
|---|---|---|---|---|
| | a | IRS Transportation Standards, Ownership Costs, Second Car | $ | |
| | b | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes  **Do not include real estate or sales taxes.** | $ |
|---|---|---|

| 26 | **Other Necessary Expenses: mandatory payroll deductions** Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs  **Do not include discretionary amounts, such as non-mandatory 401(k) contributions** | $ |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.** Enter average monthly premiums that you actually pay for term life insurance for yourself  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|---|---|---|

| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments  **Do not include payments on past due support obligations included in Line 44.** | $ |
|----|---|---|
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the average monthly amount that you actually expend on childcare  **Do not include payments made for children's education.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account  **Do not include payments for health insurance listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the average monthly expenses that you actually pay for cell phones, pagers, call waiting, caller identification, special long distance or internet services necessary for the health and welfare of you or your dependents  **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 thru 32 | $ |

## Subpart B. Additional Expense Deductions under § 707(b)
### *Note: Do not include any expenses that you have listed in Lines 19-32*

| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the average monthly amounts that you actually expend in each of the following categories and enter the total | | |
|----|---|---|---|
| | a | Health Insurance | $ |
| | b | Disability Insurance | $ |
| | c | Health Savings Account | $ |
| | | Total  Add Lines a, b and c | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses | $ |
| 36 | **Protection against family violence.** Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law | $ |
| 37 | **Home energy costs in excess of the allowance specified by the IRS Local Standards.** Enter the average monthly amount by which your home energy costs exceed the allowance in the IRS Local Standards for Housing and Utilities  **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the average monthly expenses that you actually incur, not to exceed $125 per child, in providing elementary and secondary education for your dependent children less than 18 years of age  **You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances  (This information is available at www.usdoj.gov/ust or from the clerk of the bankruptcy court )  **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U S C  § 170(c)(1)-(2) | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

## Subpart C. Deductions for Debt Payment

**42** **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. Mortgage debts should include payments of insurance and taxes required by the mortgage. If necessary, list additional entries on a separate page.

| | Name of Creditor | Property Securing the Debt | 60-month Average Payment | |
|---|---|---|---|---|
| a | | | $ | |
| b | | | $ | |
| c | | | $ | |
| | | | Total  Add Lines a, b and c | $ |

**43** **Past due payments on secured claims.** If any of the debts listed in Line 42 are in default, and the property securing the debt is necessary for your support or the support of your dependents, you may include in your deductions 1/60th of the amount that you must pay the creditor as a result of the default (the "cure amount") in order to maintain possession of the property. List any such amounts in the following chart and enter the total. If necessary, list additional entries on a separate page.

| | Name of Creditor | Property Securing the Debt in Default | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a | | | $ | |
| b | | | $ | |
| c | | | $ | |
| | | | Total  Add Lines a, b and c | $ |

**44** **Payments on priority claims.** Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. | $

**45** **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense.

| | | | |
|---|---|---|---|
| a | Projected average monthly Chapter 13 plan payment | $ | |
| b | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X | |
| c | Average monthly administrative expense of Chapter 13 case | Total  Multiply Lines a and b | $ |

**46** **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $

## Subpart D.  Total Deductions Allowed under § 707(b)(2)

**47** **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $

## PART VI.  DETERMINATION OF § 707(b)(2) PRESUMPTION

**48** Enter the amount from Line 18  (Current monthly income for § 707(b)(2)) | $

**49** Enter the amount from Line 47  (Total of all deductions allowed under § 707(b)(2)) | $

**50** **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $

**51** **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $

Form B22A (10/05)     US BANKRUPTCY COURT - DISTRICT OF     Page 6

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed<br><br>☐ **The amount on Line 51 is less than $6,000.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI<br><br>☐ **The amount set forth on Line 51 is more than $10,000.** Check the box for "The presumption arises" at the top of page 1 of this statement and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI<br><br>☐ **The amount on Line 51 is at least $6,000, but not more than $10,000.** Complete the remainder of Part VI (Lines 53 thru 55) | | |

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0 25 and enter the result | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses |

| | Expense Description | Monthly Amount |
|---|---|---|
| a | | $ |
| b | | $ |
| c | | $ |
| | Total Add Lines a, b and c | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date 9-28-2006     /s/ _____<br>Signature of Debtor<br><br>Date _____     /s/ _____<br>Signature of Joint Debtor, if any |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re _DeJoy, Louis A._                )
                                        )
                                        )
                                        )        Case No
                                        )
                                        )
_____ Debtor(s) _____ )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for this case, either
_Please check one -_

[ ]    on computer diskette listing a total of _____ creditors _[required if debtor's(s')_
       _petition is prepared by an attorney or bankruptcy petition preparer]_,

                                    **OR**

[ ]    by a typed, hard copy in scannable format, consisting of ___/___ pages and
       listing a total of ___ii___ creditors _[acceptable only if debtor's(s') petition is not prepared_
       _by an attorney or bankruptcy petition preparer]_,

is a true, correct, and complete listing to the best of my (our) knowledge and belief

I (we) acknowledge that the accuracy and completeness of the Master Address List is
the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy
petition preparer, if any

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings,
and that the various schedules and statements required by the Bankruptcy Code and the
Federal Rules of Bankruptcy Procedure will not be used for mailing purposes

DATED: _9 - 25 - 06_

_Louis DeJoy_
_____              _____
      Debtor's Signature                   Joint Debtor's (if any) Signature

FOR COURT USE ONLY

[ ]  Diskette readable  Print-out of Master Address List attached, copy provided to filing party with returned
[ ]  diskette

electronic form © 2004
WWW.LawCA.com
Law Publishers

**INSTRUCTIONS FOR COMPLETION OF MASTER MAILING LIST**

1    This Master Mailing List must be completed pursuant to Local Bankruptcy Rule 105(6)  **Please review this rule.**

2    If the schedules for husband and wife list the same creditors, only one Master Mailing List is needed

3    This form is to be completed in **BLACK** ink only

4    The first three boxes in the upper left hand column are to be completed as follows

| | |
|---|---|
| 1 | Debtor's name(s)<br>mailing address<br>including zip code |
| 2 | Spouse's name<br>(if address different)<br>address and zip code |
| 3 | Attorney name (if applicable)<br>mailing address<br>include zip code |

5    All remaining boxes are to be completed with creditors names, complete mailing addresses and zip codes as  shown in the debtor's schedule of debts

6    The Declaration (below) must be signed by the debtor(s) and the attorney for debtor(s), if any, before being submitted

**DECLARATION**

I,  _Louis DeJoy_ , do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of _____ sheets, is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 105(6)

_____
DEBTOR

_____
SPOUSE

_____
ATTORNEY (If Applicable)

Electronic Form Copyright © 1995 Fresno LaserGraphics

Louis De Joy
241 SW 39 St.
Cape Coral, FL 33914

COUNTRY WIDE HOME LOANS
450 AMERICAN ST.
SIMI VALLEY, CA 93065

SUNCOAST SCHOOLS F.C.U.
6801 HILLSBOROUGH AVE.
TAMPA, FL. 33680

LEE COUNTY POSTAL
EMPLOYEES CREDIT UNION
P.O. BOX 385
FT. MYERS, FL. 33902

SUNCOAST SCHOOLS FC U.
6801 HILLSBOROUGH AVE
TAMPA, FL. 33650

SUNCOAST SCHOOLS FEDERAL
CREDIT UNION
6801 HILLSBOROUGH AVE
TAMPA, FL. 33680

BENEFICIAL FINANCE CO.
P.O. BOX 1547
CHESAPEAKE, VA. 23080

CAPITOL ONE
1013 W. BROAD ST.
GLEN ALLEN, VA. 23080

CAPITOL ONE
CIRCUIT COURT LEE. Co
1700 MONROE ST
FT. MYERS, FL. 33901

MAF COLLECTIONS
134 SO TAMPA ST
P O BOX 2842
TAMPA, FL. 33602

McCABE, SMITH & REYNOLDS
1701 E ATLANTIC BLVD
POMPANO BEACH, FL 33060

TIME WARNER CABLE CO
1415 SE 10 TH ST
CAPE CORAL, FL 33990